```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
DIBA FAMILY LIMITED PARTNERSHIP, ET AL.,                     :
                                    Plaintiff,               :
                                                             :       13 Civ. 6384 (LGS)
            -against-                                        :
                                                             :       ORDER OF REFERENCE
DAVID ROSS, ET AL.,                                          :            TO A
                                    Defendant.               :       MAGISTRATE JUDGE
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2013

LORNA G. SCHOFIELD, District Judge:

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial Supervision (includes scheduling, discovery, non-dispositive pretrial motions, and settlement but excludes any motion to amend the pleadings following the district judge's ruling on a dispositive motion)

___ Specific Discovery Dispute: _____

___ Discovery disputes when the district judge is unavailable.

 X  Settlement*

___ Inquest on Damages

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ To hear and report on motion
   [ ] dispositive    [ ] non-dispositive
___ To hear and report on habeas corpus petition
___ To hear and report on Social Security appeal

___ Dispositive motion (i.e., motion requiring a Report and Recommendation)

Particular motion: _____

All such motions: ____

================================================================

*Do not check if already referred for General Pretrial Supervision which includes settlement.

SO ORDERED.

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

DATED:   New York, New York
         November 25, 2013