

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

April 30, 2014

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: DIBA Family Limited Partnership, *et al.* v. David Ross, *et al.*: 13-cv-6384 (LGS) (JLC)

Dear Judge Schofield:

    This firm represents defendants David Ross and Helen Werngren-Ross in the above-referenced case. We write to respectfully request a slight modification to the briefing schedule for Defendants' contemplated dismissal motion.

    As Your Honor may recall, the parties requested files from the City of New York Civil Court in connection with prior litigation and may submit such documents in connection with the motion to dismiss. The files were recently received by plaintiff's counsel, and my office copied the files last week. Additional time is needed to review the files.

    The parties jointly request that the Court enter the following briefing schedule:

| OLD DATE | PROPOSED NEW DATE |
|---|---|
| May 2, 2014 | May 9, 2014 for motion to dismiss |
| June 2, 2014 | June 2, 2014 for opposition |
| June 9, 2014 | June 9, 2014 for reply |

    Plaintiffs' counsel joins in the request set forth in this letter.

                                               Respectfully submitted,

                                               Harry H. Rimm