

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

May 5, 2014

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

 Re: <u>DIBA Family Limited Partnership</u>, *et al*. v. David Ross, *et al*.: 13-cv-6384 (LGS) (JLC)

Dear Judge Schofield:

 This firm represents defendants David Ross and Helen Werngren-Ross in the above matter. By Minute Entry, dated March 4, 2014, Your Honor directed the parties to submit a joint status letter on May 5, 2014. The parties respectfully submit this letter to update the Court.

 The parties have received and are reviewing certain files from prior litigation before the City of New York Civil Court. As of today, Defendants' motion to dismiss is due no later than May 9, 2014. Opposition is due no later than June 2, 2014, and the Reply is due no later than June 9, 2014.

 Thank you for your attention.

            Respectfully submitted,

            Harry H. Rimm