

May 8, 2014

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: <u>DIBA Family Limited Partnership, *et al*. v. David Ross, *et al*.</u>: 13-cv-6384 (LGS) (JLC)

Dear Judge Schofield:

    This firm represents defendants David Ross and Helen Werngren-Ross in the above matter. Defendants' motion to dismiss is due to be served by Friday, May 9, 2014.

    I am presently not feeling well and am not in the office, and I respectfully request that the dismissal motion be served no later than Tuesday, May 13, 2014. The other dates for briefing remain unchanged. Plaintiffs' counsel consents to this request.

    Thank you for your consideration.

                                                      Respectfully submitted,

                                                      Harry H. Rimm

cc: Robert Gumenick, Esq. (Via Email)