# LAW OFFICE OF ROBERT JAY GUMENICK, P.C.

A PROFESSIONAL CORPORATION
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10016
(212) 608-7478   FAX (212) 608-7759
robert@gumenicklaw.com

May 29, 2014

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

          Re:    **DIBA Family Limited Partnership et al. v. Ross and Werngren-Ross, 13 Civ. 06384 (LGS)**

Dear Judge Schofield:

      This firm represents plaintiffs Diba Family Limited Partnership and 170 East 75th LLC in the above action.

      The amended briefing schedule approved by this Court permitted the Defendants to file their motion to dismiss on May 13, 2014, with Plaintiffs' opposition due by June 2, 2014.

      We respectfully request an extension of time to June 23, 2014 in order to file opposition. I have recently suffered a relapse of a long dormant medical condition and am under the care of Jeremy A. Weingarten, M.D. at New York Methodist Hospital in conjunction with receiving therapy provided by Continued Care of Long Island.  The condition should permit me to work abbreviated hours in order to meet the suggested period for my client's opposition.

      In addition, I understand that Defendants' counsel will be out of the country on a pre-planned family vacation for the last couple weeks of June and will not be returning to his office until early July.  I therefore also request that Defendants have until July 14, 2014 to serve their reply.

This is the first request for an extension by the Plaintiffs. The Defendants' previous request for an extension of the date to file their motion to dismiss was granted by the Court. All parties consent to this request.

Respectfully yours,

LAW OFFICE OF ROBERT J. GUMENICK, PC

By: _____
Robert J. Gumenick

cc: Harry H. Rimm, Esq.