# LAW OFFICE OF ROBERT JAY GUMENICK, P.C.

A PROFESSIONAL CORPORATION
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10016
(212) 608-7478   FAX (212) 608-7759
robert@gumenicklaw.com

June 3, 2014

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

                Re:    **DIBA Family Limited Partnership et al. v. Ross and Werngren-Ross, 13 Civ. 0684 (LGS)**

Dear Judge Schofield:

      The undersigned represents the Plaintiffs DIBA Family Limited Partnership and 170 East 75th LLC in the above action. This letter is joined in by counsel for the Defendants David Ross and Helen Werngren-Ross.

      A status conference is scheduled for this case on June 9, 2014 at 10: 30 a.m. As the Court may recall, the Defendants filed a motion to dismiss the complaint on May 13, 2014 and on May 30, 2014 the Court entered an order fixing dates for opposition and reply to the motion to dismiss.

      Given the fact that there is no activity in this case other than the motion referred to above, it is respectfully urged that the scheduled status is unnecessary and it is requested that counsel be excused from appearing.

      Thank you for your attention to this letter.

                                          Very truly yours,

                                          LAW OFFICE OF ROBERT J. GUMENICK, PC

                                          By: _____
                                                 Robert J. Gumenick

cc:    Harry Rimm, Esq.