# LAW OFFICE OF ROBERT JAY GUMENICK, P.C.

A PROFESSIONAL CORPORATION
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10016
(212) 608-7478   FAX (212) 608-7759
robert@gumenicklaw.com

June 5, 2014

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   **DIBA Family Limited Partnership et al. v. Ross and Werngren-Ross, 13 Civ. 06384 (LGS)**

Dear Judge Schofield;

This firm represents Diba Family Limited Partnership and 170 East 75th LLC in the above action and I also write on behalf of the Defendants who join in this letter request.

The Court's June 4, 2014 scheduling order directed a response by June 6, 2014 with regard to certain motion and scheduling matters.

In response to that request, the parties wish to reinstate the status conference previously scheduled for June 9, 2014 at 10:30 a.m.

Thank you for your attention to this letter.

Respectfully,

LAW OFFICE OF ROBERT J. GUMENICK, PC

By: _____
Robert J. Gumenick

cc:   Harry Rimm, Esq.