

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

June 11, 2014

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: DIBA Family Limited Partnership, *et al*. v. David Ross, *et al*.: 13-cv-6384 (LGS) (JLC)

Dear Judge Schofield:

    This firm represents defendants David Ross and Helen Werngren-Ross in the above matter. I write at Your Honor's direction and as a follow-up to the parties' conference with the Court on June 9, 2014. After consultation with my clients, we wish to proceed with the motion to dismiss.

    Thank you for your consideration.

                      Respectfully submitted,

                        Harry H. Rimm

cc: Robert Gumenick, Esq. (Via Email)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC