```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DIBA FAMILY LIMITED PARTNERSHIP, et al.,                   :
                                                           :
                              Plaintiffs,                  :    13 Civ. 6384 (LGS)
                                                           :
             -against-                                     :    SCHEDULING ORDER
                                                           :
DAVID ROSS, et al.,                                        :
                                                           :
                              Defendants,                  :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS a conference was held before the Court on June 9, 2014.

   WHEREAS a motion to dismiss has been filed, but will not be fully briefed until July 14, 2014.

   WHEREAS fact discovery ended on June 9, 2014.

   WHEREAS the Defendants declined to have their Motion to Dismiss treated as a motion for summary judgment.

   WHEREAS the Court stated that in light of the foregoing it may schedule trial upon completion of the Motion to Dismiss.

   It is hereby **ORDERED** that Defendants file a letter by June 18, 2014, indicating whether they have any objection to scheduling a trial upon completion of the motion.

   A status conference shall be held in this matter on October 8, 2014, at 10:45 a.m.

Dated: June 12, 2014
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE