# LAW OFFICE OF ROBERT JAY GUMENICK, P.C.

A PROFESSIONAL CORPORATION
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10016
(212) 608-7478   FAX (212) 608-7759
robert@gumenicklaw.com

July 14, 2014

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   **DIBA Family Limited Partnership et al. v. Ross and Werngren-Ross, 13 Civ. 0684 (LGS)**

Dear Judge Schofield

This firm represents DIBA Family Limited Partnership and 170 East 75th LLC in the above action.

Pursuant to the Court's Individual Rules of Practice, the Plaintiffs hereby request oral argument of Defendants' motion to dismiss the Second Amended Complaint.

Very truly yours,

LAW OFFICE OF ROBERT J. GUMENICK, PC

By: _____
Robert J. Gumenick

cc:   Harry Rimm, Esq.