

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

July 15, 2014

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: <u>DIBA Family Limited Partnership, *et al*. v. David Ross, *et al*.</u>: 13-cv-6384 (LGS) (JLC)

Dear Judge Schofield:

    The dismissal motion filed by defendants David Ross and Helen Werngren-Ross (the "Rosses") is now fully briefed. A courtesy copy of all parties' motion papers was served yesterday for receipt by your chambers today.

    On behalf of the moving parties, we do not believe that oral argument is necessary to resolve the motion.

                                      Respectfully submitted,

                                      Harry H. Rimm

cc: Robert Gumenick, Esq. (Via ECF)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC