UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
DIBA FAMILY LIMITED PARTNERSHIP
AND 170 EAST 75TH LLC,

                                Plaintiffs,          13 Civ. 6384 (LGS)(JLC)

against

                                                 **NOTICE OF APPEAL**

DAVID ROSS AND HELEN WERNGREN
ROSS,

                                Defendants.
-------------------------------------------------------X

**NOTICE IS HEREBY GIVEN**, that the Plaintiffs DIBA FAMILY LIMITED PARTNERSHIP and 170 EAST 75TH LLC in the above named case appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order of the Hon. Lorna G. Schofield, U.S.D.J. filed on October 27, 2104 and the Judgment filed on October 28, 2014 granting Defendant's motion to dismiss, denying Defendant's request for attorneys' fees and directing the Clerk of the Court to close the case.

Dated: New York, New York
           November 18, 2014                                        Robert J. Gumenick, Esq.

Robert J. Gumenick, Esq.
*Attorney for Plaintiff-Appellant*
260 Madison Avenue, 17th Floor
New York, New York   10016
(212) 608-7478
robert@gumenicklaw.com